## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                CASE NO.: 20-20759-BKC-LMI
REYNEL MACIAS ULACIA              CHAPTER 13
GRETET DOMINGUEZ PERALTA

                        **DEBTOR(S).     /**

### MOTION TO ALLOW SALE OF HOMESTEAD PROPERTY

COME NOW, the Debtor(s), Reynel Macias Ulacia and Gretet Dominguez Peralta, by and through their undersigned counsel and file this Motion to Allow Sale of Homestead Property and as grounds therefore states:

1. Debtors filed a voluntary petition for bankruptcy under Chapter 13 on September 30, 2020.
2. The Debtors currently have a proposed contract for sale of their homestead property located at 8755 SW 122nd St, Miami, FL 33176-5207. A copy of the Residential Contract for Sale is attached hereto as "Exhibit A".
3. Proceeds from the sale in the estimated amount of $750,000.00 are to be used for the purchase of a new homestead property.
4. The title company handling the sale transactions is requiring court approval in order to close the transaction.

**WHEREFORE,** the Debtor(s), Reynel Macias Ulacia and Gretet Dominguez Peralta, respectfully request this Court enter an Order Granting Debtor's Motion to Allow Sale of Homestead Property.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1

                                           Respectfully submitted,

                                           **Law Offices of Patrick L Cordero, Esq.**
                                           *Attorney for Debtor*
                                           7333 Coral Way
                                           Miami, Florida 33155
                                           Tel: (305) 445-4855

                                           /s/ (FILED ECF)             (The Debtor's Attorney)
                                           Miriam V. Marenco, Esq.,
                                           FL Bar No. 86115